IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

STEPHEN EVERETT LEE
_____
Full name and prison number
of plaintiff(s)

v.

United STATES of AMERICA
JUAN J. CARMONA M.D.
CLIFFORD ROBINSON
LEA WIGGINS et al.
JOYCE MOORE
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

Plantiff(s) Address: 3409-A Roberts ST.
Tuskegee, AL 36083.

CIVIL ACTION NO. 3:06CV368 -T
(To be supplied by Clerk of
U.S. District Court)

RECEIVED 2006 APR 24 A 9:58

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____
            _____

            Defendant(s) _____
            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____
            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  —N A—
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Central Alabama Veterans Health Care System (CAVHCS) Tuskegee.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. Juan J. Carmona M.D.    CAVHCS - Mental Health
                           2400 Hospital Rd. Tuskegee, AL 36083
2. Clifford Robinson       Chief of Ambulatory Care CAVHCS
                           2400 Hospital Rd. Tuskegee, AL 36083
3. Lea Wiggins             Acting Director — CAVHCS
                           2400 Hospital Rd. Tuskegee, AL 36083
4. Joyce Moore             Transportation - CAVHCS
                           2400 Hospital Rd. Tuskegee, AL 36083
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 23, 2004

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: On April 23, 2004 CAVHCS - Tuskegee wrongfully banned me from CAVHCS for 2 years. Stating that I have been physically violent towards other veterans and employees. (see Attachment #1)

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

On May 2, 2004 I appealed the 2 year ban from CAVHCS stating that I never have been physically violent towards any veterans or employees on CAVHCS campus. I was prosecuted ~~twice~~ 2001 & 2004 by CAVHCS for ~~assault~~ assault and was acquitted of the charges both times. CAVHCS never responded to my letter of appeal dated May 2, 2004 (see attachment 2)

**GROUND TWO:** Malicious prosecution and violation of patients rights.

**SUPPORTING FACTS:** For a second time CAVHCS has falsely accused me of assault stemming from an incident that transpired on ~~February~~ September 2000! If the CAVHCS Authorities would have considered the elements of my appeal and conducted an investigation as I requested then my psycho-social economical rights as a patient would not have been violated by being banned.

**GROUND THREE:** Medical neglect, pain and suffering and mental anguish.

**SUPPORTING FACTS:** CAVHCS ignored letter from my attorney dated June 23, 2004 threatening another civil suit if CAVHCS continued to refuse to treat me medically prescriptions, therapy ect. ~~the~~ (see attachment #3). The lack of medication exacerbated my bipolar condition causing me to become progressively violent to the point where the police were called due to me acting irratic. See attachment #4 letter dated September 21, 2004 from Lake Shore Apts. Manager Ms Deborah Jointer. Also, as a result of not being medicated I relapsed on drugs - I had been clean since 1996! This addiction resulted to ~~me~~ getting evicted from my residence of 5 yrs. I got evicted for nonpayment of rent and utility bills because I was spending money on drugs instead of paying rent. Central Alabama Mental Health - Tuskegee was my only alternative besides CAVHCS for ~~the~~ mental health services. However, they are under staffed - I'm currently on the waiting list have been since my release from jail in February 2006.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Since I was a patient under CAVHCS care while experiencing malicous prosecution and medical neglect that exacerbated my condition I am requesting that the courts award me 100% service connected disability compensation and $2,000,000 for punitive damages.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  April 13, 2006  .
                (Date)

_____
Signature of plaintiff(s)

4