(Attachment # 1)



**DEPARTMENT OF VETERAN AFFAIRS**
**Central Alabama Veterans Health Care System**
**(CAVHCS)**

APR 23 2004

In Reply Refer To: 619A-4/116
Lee, Stephen
SS# - 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

Mr. Stephen Lee
205 Lakeview Road
Apartment 605-B
Tuskegee, AL 36083

Dear Mr. Lee:

In a series of visits to Central Alabama Veterans Health Care System (CAVHCS) you have been physically violent toward other veterans and toward employees. Your behavior has created serious disruptions in our daily clinical and administrative operations. The Patient Mediation Committee has made several attempts to remediate this situation but your impulsive and violent behaviors have continued and your case was referred to the Prevention and Management of Disruptive Behavior Committee for review.

This letter is to inform you that, due to your frequent violent behaviors, you are banned from CAVHCS campuses and that you will only be provided with emergency services and treated as humanitarian services when needed; however, you will need to report to the VA police upon entering CAVHCS campuses. You are to leave CAVHCS campus immediately upon completion of your business. Expect VA Police Officers to be nearby during any visit to CAVHCS campuses. This ban will be for a minimum for two years and will take effect immediately. These restrictions and expected compliance will be closely monitored by the VA Police and the Preventaion and Management Disruptive Behavior Committee.

If you are found at any CAVHCS campuses at times when you do not have an appointment or a life-threatening emergency, you may be cited for trespassing.

You have ten working days to respond to this letter. However, failure to do so will automatically forfeit your right to appeal this decision.

If further information is needed, please free to contact Juan J. Carmona, MD, ACOS, Mental Health & Behavioral Medicine at (334) 727-0550, extension, 3432/5334.

Sincerely,

Lea Wiggins, Acting Director
Central Alabama Veterans HCS

Pg 1

MAY 2, 2004

RE: 619A-4/116
LEE, STEPHEN 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

MR. LES WIGGINS Acting Director
Central Alabama Veterans HCS.
2400 Hospital Road
Tuskegee, AL. 36083.

Dear Mr. Wiggins,
In Response to the letter dated April 23, 2004 I respectfully request that an investigation ~~the~~ be conducted before the VA HCS jumps to conclusions.
First of all, I have never been violent towards any veteran on the VA HCS premises. If you are referring to the September 2000 incident - which proved that I absolutely had nothing to do with that particular incident. This why I have a civil suit pending against Tuskegee VA HCS for wrongfull arrest. - see attachment:-
Since filing this civil suit against the Veterans HCS I have had death threats made by Officer Billy Mason a named defendant in the civil suit that's pending.
Nevertheless, I've been involved romantically with VA HCS employee Joyce Moore for over 4 years. my relationship with her has caused me tremendous greif because due to the fact that Ms Joyce Moore was romantically involved with Billy Mason while dealing me this

man has done everything within his power to irretate me. Referring back to the September 2000 incident where I was wrongfully charged with attempted murder — Billy Mason was assigned to investigate the case. However, he did not do so — due to his relationship with Joyce Moore he had a hidden agenda - he wanted me to be found guilty of the charge. This is why it is pertinant that the VA HCS conducts a complete and thorough investigation regarding this most recent altercation involving myself and Ms Joyce Moore's. You will find that Ms. Moore on this particular day handed me her cell phone so her niece Tabatha could threaten my life. I told her niece that her death threats just got her Aunt's ass kicked — ~~[illegible]~~ Ms Moore immediately kicked me in the groin and a fight insued. Towards the end of this altercation Ms Moore yelled at the top of her lungs, "You're a dead mother fucker!" When the VA Police were called I showed them the foot print located on the groin area along with scatches made by Ms. Moore. I admitt I may have went overboard as a result of Ms Moore kicking me but I am easily ~~provo~~ provocked and she knew this. Ms. Moore and I over the past five years have had a very volatile relationship.

pg. 2

Do you think think it is parcular that the VA Police did not ARREST me for allegedly attacking Ms Moore? To keep her relationship with me Hush, Hush from the VA HCS Ms. Moore took out city charges against me. So her job would not be jeoprodized. If the VA wants to ban me then ~~[illegible]~~ prosecute me Federally for the alleged attack on MS Joyce Moore. I'm sick and tired of CAVHCS making hasty decisions when it pertains to me. ~~[illegible]~~ It is situations such as this one that has caused me to bring a civil action against the VA HCS because the VA HCS ARRESTed me back in September 2000 based on an allegation and failed to investigate the matter.

Also, if you study both employees Joyce Moore and Billy Mason's personnel files you will find that Joyce Moore has filed several grievances against Billy Mason for harrassment. This transpired during the time I was involved with Joyce Moore.

What ever happend to Veterans Rights and Veterans First slogans used quite frequently there at CAVHCS. It would only be fair to me if a formal investigation was conducted

by CAVHCS Regarding this Allegation of an Attack on ms Moore. Facts will show that she struck me first, she threatened my life knowing that in the past 4 months ~~prior~~ previous to the altercation I had several death threats - so during the time of the altercation I was under alot of stress.

Furthermore, are there not guidlines that ~~state~~ state that Federal employees should not be Romantically involved with Veterans/patients. Why haven't these guidlines come into play with regards to ms moore being an employee dating a patient?

In essence, I am appealing the decision to ban me from CAVHCS. I respectfully request that a formal hearing be held regarding this matter so I can be given the right to defend myself. — Also, ms moore has taken a domestic violence charge on me in Opelika, AL on Feb. 2002 these charges were dismissed because she lied then just as she is lying now!

Also, it would be deeply appreciated if you interview on this matter and have the pending Domestic Violence case Removed from the Tuskegee Municipal Court to Federal Court where I can be assigned a Federal investigator. The Tuskegee Municipal Court lacks jurisdictional authority to hear this

CASE because this Altercation transpired on VA Federal property therefore this case should be heard in Federal Court! Why should I the Veteran be the only one repremanded when there is a Federal employee that broke rules too. Please do not help keep this matter Hush, Hush from CAVHCS prosecute me Federally I'm willing to suffer the consequences if I'm at fault.

Your Assistance would be deeply Appreciated
Sincerely,
Stephen [illegible]

P.S. Please stop using the September 2000 incident against me because I was found not guilty by a federal jury the only other incidents are this one ~~case~~ and another involving me and my then girlfriend employee Joyce Moore — Could you be more specific with regards to the statement made in your letter, "I have been physically violent towards other veterans and employees." Please name these veterans and other employees.

(pg + i)

Attachment #6

Claim for Damage
Injury, or Death

NOTICE OF CLAIM AFFIDAVIT

back to frequent violent behavior. This has caused me to have the Tuskegee police to be called to my residence several (see Attachment) #2 times in July & August 2004 for fighting. Also, the lack of medication has caused me to relapse on drugs after being clean since 1996. My addiction has resulted with me being evicted from my residence of 5 years in October 2004 — I was evicted for non-payment of rent and non payment of utility bill because I was spending money on drugs instead of paying bills. CAVHCS has also refused to treat me medically even after recieving a letter from my attorney threatening a civil action, if CAVCHS continued to deny me medical treatment — (see Attachment) #3

Therefore, due to having been attacked by a CAVHCS employee and recieving death threats by CAVHCS employees both Ms. Joyce Moore and Billy Mason I have been under great stress especially since CAVHCS has refused to investigate this matter as I have requested. Thus, this medical neglect has caused my mental condition to be exacerbated; therefore, causing pain and suffering and mental anguish. Please send a copy of this complaint to VA Inspector General / Washington, D.C.

Sincerely,
[signature]

ATTACHMENT #5

STATE OF ALABAMA TUESDAY - FEBRUARY 1, 2005

MACON County

NOTICE OF CLAIM AFFIDAVIT

"BEFORE me, the undersigned Notary Public in and for said state and county, personally appeared STEPHEN E. LEE who is known to me and who being by me first duly sworn, depose and state as follows:

Central Alabama Veterans Health Care System - Tuskegee (CAVHCS-EAST) violated my patient rights by banning me from the hospital and refusing to treat me medically for mental and physical disorders. CAVHS-E is still maliciously prosecuting me for a past event that I have proven my innocence of. ~~On April 23, 2004~~ CAVHCS sent me a letter stating that I would be banned from CAVHCS-E for two years for attacking several employees and veterans, this is totally false. CAVHS-E failed once again to conduct a thorough investigation because I was never questioned regarding the altercation involving myself and CAVHCS employee Ms Joyce Moore. I never attacked Ms Joyce Moore, she attacked me and is using her power and priviledge as and employee of CAVHCS because due to Ms Moore's contacts in CAVHCS security I was not prosecuted federally for the incident that transpired in February 2004. CAVHCS refused to answer my appeal to the ban from CAVHCS dated MAY 2, 2004. However, CAVHCS is still denying me treatment which has caused me tremendous pain and suffering, mental anguish and defamation of character. This medical neglect has caused me great discomfort. Due to the lack of prescribed medications I resorted

(NEXT PAGE) #1

Attachment #2

# LATEEFAH MUHAMMAD, ATTORNEY AT LAW, P.C.

3805 WEST MARTIN LUTHER KING HIGHWAY
TUSKEGEE, ALABAMA 36083
**Mailing Address:**
POST OFFICE BOX 1096
TUSKEGEE, ALABAMA 36087
(334) 727-1997 TELEPHONE/FACSIMILE

COPY

***VIA FACSIMILE AND U.S. REGULAR MAIL - 334-223-7560***

23 June 2004

R. Randolph Neeley, Esquire
UNITED STATES ATTORNEY
One Court Square
Post Office Box 197
Tuskegee, Alabama 36101-0197

**RE: OUR CLIENT FILE #03-0158/STEPHEN E. LEE**
***LEE v. UNITED STATES OF AMERICA, et al.*, 03-T-412-E**

Dear Rand:

Thank you for your letters dated 17 June 2004, and 21 June 2004, regarding the initial disclosures and deposition dates, respectively. I will have a response for you to both shortly.

I am writing, however, to inform you that my Client, Mr. Lee, has informed me that he is being subjected to what appears to be retaliatory treatment in that he has been banned from the Central Alabama Veterans Health Care System, both East and West Campuses. He has been accused by personnel of striking veterans and employees, although no formal charges have been brought. In addition, he has told me that he is unable to get his prescriptions filled of the medication he is taking. I am afraid that this might exacerbate his conditions if he is not allowed to receive his medicines.

Please look into this matter and let me know if your office might be able to intervene in this situation. I am hopeful that we will not have to consider another case against CAVHCS for the actions of employees who are denying my Client's rights.

Your speedy reply will be greatly appreciated.

Very truly yours,

Lateefah

Lateefah Muhammad

cc: Mr. Stephen E. Lee

LAKE SHORE APARTMENT September 21,2004

To Whom It May Concern:

RE: STEPHEN LEE

MR. LEE HAS BEEN A RESIDENT OF LAKESHORE APTS FOR SEVERAL YEARS AND HAD NOT BEEN A PROBLEM TENANT,

BUT AS LATE OVER SEVERAL MONTHS THERE HAS BEEN A VERY NOTICABLE TYPE OF CHANGE THAT HAS COME OVER MR. LEE. MR LEE'S PERSONALLY HAS CHANGED. HE IS ANGRY ALL THE TIME AND THINKS EVERYONE IS OUT TO GET HIM, HIS PERSONAL AFFAIRS HAVE SUFFERED DUE TO THIS ATTITUDE, HE HAS BEEN THE CENTER OF POLICE ACTION, ON PROPERTY AND SEVERAL VIOLENT EPISODES WITH GUEST AND NON RESIDENTS ON THE PROPERTY. WHEN ASK WHAT HAD BROUGHT THIS SUDDEN CHANGE IN HIS BEHAVIOR HE MENTION ABOUT HIS MEDICATION.

THANK YOU FOR YOUR CONSIDERATION IN THIS MATTER
DEBORH JOINTER SITE MANAGER

Deborah Jointer

Lake Shore I
PARTNERSHIP NAME/PROPERTY NAME

205 Lakeview Rd
ADDRESS

Tuskegee, AL
CITY STATE ZIP

9-8-, 04

# NOTICE OF TERMINATION OF TENANCY

Dear Mr Lee:

You are hereby notified to vacate Apartment # 605-B on or before October 8, 2004

This termination is being initiated due to NON - power to unit light authority find wrong meter in your slot NON-payment of Rent

Your action, as stated above, places you in violation of your lease dated 9-22-03.

Specifically, your action places you in violation of item 4 a # 14.

This action is non-appealable in accordance with the provisions of Farmers Home Administration Instruction 1944 Sub Part L - Farmers Home Administration Tenant Grievance and Appeal Procedure.

Should you remain in Apartment # 605-B subsequent to Oct 8, 2004, Judicial Action will be initiated in accordance with the laws of the state of Alabama to enforce termination at which time you may present a defense.

You may review your file and copy any information it contains during regular office hours at the complex office located on the premises. The dates and times of regular office hours are: 1pm to 4pm.

Sincerely,

Deborah Jordan
Site Manager

After 1st and 2nd notice is served, please forward copies to division manager at which time copies will be forwarded to FmHA.

EQUAL HOUSING OPPORTUNITY

—Form #GBM-94 — Rev. 3/94

Lake Shore I
PARTNERSHIP NAME/PROPERTY NAME

205 Lakeview Rd
ADDRESS

Tuskegee — CITY
AL — STATE
ZIP

9-8, 04

# NOTICE OF TERMINATION OF TENANCY

Dear mR Lee:

You are hereby notified to vacate Apartment # 605-B on or before October 8, 2004

This termination is being initiated due to NON - POWER to unit Light authority find wRong meter in your 8/0t ~~non payment of Rent~~

Your action, as stated above, places you in violation of your lease dated 9-22-03.

Specifically, your action places you in violation of item 4 # a # 14.

This action is non-appealable in accordance with the provisions of Farmers Home Administration Instruction 1944 Sub Part L - Farmers Home Administration Tenant Grievance and Appeal Procedure.

Should you remain in Apartment # 605-B subsequent to Oct 8, 2004, Judicial Action will be initiated in accordance with the laws of the state of AlAbAMA to enforce termination at which time you may present a defense.

You may review your file and copy any information it contains during regular office hours at the complex office located on the premises. The dates and times of regular office hours are: 1pm to 4pm.

Sincerely,

Deborah Jordan
Site Manager

After 1st and 2nd notice is served, please forward copies to division manager at which time copies will be forwarded to FmHA.





—Form #SBM-94 — Rev. 3/94