IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

Plaintiff(s): Stephen Everett Lee

v.

Defendant(s): United States of America, Lea Wiggins, Dr. Juan J. Carmona M.D., Clifford Robinson et al.

Case No.: 3:06CV 368-T

RECEIVED 2006 APR 24 A 9:58

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Stephen Everett Lee__ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

_STEPHEN EVERETT LEE_

Plaintiff

V.

_United States of America,_
_Lea Willins,_
_Dr. Juan J. Carmona, Clifford Robinson et al._

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _STEPHEN EVERETT LEE_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _1995 is the date of my last employment. I was employed as a mortgage loan originator earning between 3-5,000 dollars per month at Allstate Financial in Atlanta, GA._

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☒ Yes | ☐ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

3 d) I recieve SSI disability payments of $603/mo. I will recieve this amount until I get my VA service connected disability pension approved.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   NONE ∅

I declare under penalty of perjury that the above information is true and correct.

April 13, 2006
_____                     _____
Date                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

SOCIAL SECURITY ADMINISTRATION

```
                                          Date: March 31, 2006
                                          Claim Number: 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A
                                                        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DI
```

STEPHEN E LEE
3409 ROBERT ST APT-A
TUSKEGEE AL 36083-3074


You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

    Beginning January 2006, the current
    Supplemental Security Income payment is...............$ 603.00

    This payment amount may change from month to month if income or living situation changes.

    Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 334-745-7052. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

```
SOCIAL SECURITY
1800 CORPORATE DR
OPELIKA, AL 36801
```

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

*[signature]*

OFFICE MANAGER