≈AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Stephen Everett Lee

V.

United States of America, *et al*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06cv368-MHT

TO: (Name and address of Defendant)

*Joyce Moore*
*C/o Transportation - CAVHCS*
*2400 Hospital Rd.*
*Tuskegee, AL  36083*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*Stephen Everett Lee (pro se)*
*3409-A Roberts Street*
*Tuskegee, AL  36083*
*(334) 727-7666*

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                   5/2/06
_____       _____
CLERK                                                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Stephen Everett Lee

V.

United States of America, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv368-MHT

TO: (Name and address of Defendant)

Alberto Gonzales
Atty General of the US
Dept. of Justice
10th + Constitutional Ave
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Everett Lee
3409-A Roberts Street
Tuskegee, AL 36083
(334) 727-7666

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  5/2/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Stephen Everett Lee

V.

United States of America, *et al*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv368-MHT

TO: (Name and address of Defendant)

Lea Wiggins
Acting Director - CAVHCS
2400 Hospital Rd.
Tuskegee, AL 36083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Everett Lee (pro-se)
3409-A Roberts Street
Tuskegee - AL 36083
(334) 727-7666

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: _Debra P. Hackett_     DATE: 5/2/06

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Stephen Everett Lee

V.

United States of America, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv368-MHT

TO: (Name and address of Defendant)

Clifford Robinson
Chief of Ambulatory Care CAVHCS
2400 Hospital Rd.
Tuskegee, AL 36083

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Everett Lee (pro-se)
3409-A Roberts Street
Tuskegee, AL 36083
334-727-7666

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                  5/2/06

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Stephen Everett Lee

V.

United States of America, *et al*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv368-MHT

TO: (Name and address of Defendant)

*Juan J. Carmona, MD*
*CAVHCS - Mental Health*
*2400 Hospital Rd.*
*Tuskegee, AL 36083*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*Stephen Everett Lee*
*3409-A Roberts Street*
*Tuskegee, AL 36083*
*334-727-7666*

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 5/2/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Stephen Everett Lee

V.

United States of America, *et al*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06cv368-MHT

TO: (Name and address of Defendant)

United States of America
c/o Leura Garett-Canary
P.O. Box 197
Mont. AL 36101-0197

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Everett Lee
3409-A Roberts Street
Tuskegee, AL 36083
334-727-7666       (pro se)

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              5/2/06

CLERK                                                          DATE

/s/ Austin

(By) DEPUTY CLERK