- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lea Wiggins
Acting Director
2400 Hosp. Rd.
Tuskegee, AL 36083

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Rodney E. Futhral    ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
RODNEY E. GUBRENTH   05/03/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

06CV368
CMHCS
GYC

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7004 1160 0003 5811 6555

PS Form 3811, February    Domestic Return Receipt    102595-02-M-1540