**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joyce Moore
C/O Transptation
2400 Hopital Rd.
Tuskegee, AL CAVHCS 36083

2. Article Number (Transfer from service label): 7003 3110 0002 5960 6575

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rodney E. Gilbreath   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): RODNEY E. GILBREATH
C. Date of Delivery: 05/03/06

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

06CV368
SVC

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes