- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
c/o Leura Garrett Canary
P.O. Box 197
Mont., AL 36101-0197

A. Signature
X [signature] Osborne
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Osborne

C. Date of Delivery
5/3/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv368

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 3134

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540