**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Juan J. Carmona
   CAVHCS - Mental Health
   2400 Hosp. Rd.
   Tuskegee, AL 36083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Rodney E. Gilbreath   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): RODNEY E. GILBREATH
C. Date of Delivery: 5/03/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06cv368
   STC

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 0390 0000 5269 3964

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540