| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernest L. Parks_ ☐ Agent ☐ Addressee<br>B. Received (Printed Name) MAY 08 2006    C. Date of Delivery |
| 1. Article Addressed to:<br>Alberto Gonzales<br>Atty Gen of the US<br>US Dep't of Justice<br>10th & Const. Ave<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>06cv368<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered        ☑ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0003 5811 6548 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540