IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEPHEN EVERETT LEE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | ) CIVIL ACTION NO.: 3:06-cv-368-MHT |
| | ) |
| UNITED STATES OF AMERICA, et al, | ) |
| | ) |
|    Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

     Comes now the Defendant, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure and moves the Court for a 20-day extension of time within which to file an answer or other response in the above-styled case. In support of this motion, respondent shows unto the Court the following:

     1.    Defendant was served with the Summons and Complaint on or about May 3, 2006. The current deadline for filing an answer or other response is July 5, 2006.

     2.    Defendant requires the assistance of agency counsel in preparing said answer or other response.

     3.    The undersigned is not yet in receipt of the litigation report from agency counsel.

     4.    The litigation report is necessary in compiling an answer or other response in this matter. The undersigned expects to receive the litigation report from agency

counsel within the next few days.

Therefore, Defendant respectfully requests a 20-day extension of time, to and including July 25, 2006, in which to prepare and file an answer or other response.

Dated this 5th day of July, 2006.

                                          Respectfully submitted,

                                          LEURA G. CANARY
                                          United States Attorney

                                By: s/R. Randolph Neeley
                                  R. RANDOLPH NEELEY
                                  Assistant United States Attorney
                                  Bar Number: 9083-E56R
                                  Post Office Box 197
                                  Montgomery, AL  36101-0197
                                  Telephone No.: (334) 223-7280
                                  Facsimile No.: (334) 223-7418
                                  **E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Stephen Everett Lee, pro se
    3409-A Roberts Street
    Tuskegee, AL 36083

                                          /s/R. Randolph Neeley
                                          Assistant United States Attorney