IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN EVERETT LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:06cv368-MHT |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the July 5, 2006, motion for extension of time (doc. # 13) filed by the defendant.  Upon consideration of the motion and for good cause, it is

ORDERED that the motion for extension of time (doc. # 13)   be and is hereby GRANTED and the defendant's time for filing a responsive pleading be and is hereby EXTENDED from July 5, 2006, until July 25, 2006.

Done this 10th day of July, 2006.

                             /s/Charles S. Coody
                             CHARLES S. COODY
                             CHIEF UNITED STATES MAGISTRATE JUDGE