IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEPHEN EVERETT LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: **3:06-cv-0368-MHT** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

**SECOND MOTION FOR EXTENSION OF TIME**

Comes now the Defendant, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure and moves the Court for a 10-day extension of time within which to file an answer or other response in the above-styled case. In support of this motion, respondent shows unto the Court the following:

1. On or about July 5, 2006 Defendant sought an extension of time in which to answer or otherwise respond. Said motion was granted. Thus, the current deadline for filing an answer or other response is July 25, 2006.

2. The pro se Complaint filed in this case appears to assert multiple causes of action arising from the same nucleus of operative fact. Arguably, the Plaintiff's claims may be premised on the Federal Tort Claims Act, the cause of action recognized in *Bivens v. Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), or viewed as a claim for veterans benefits.

3. Delaying the government's ability to respond is the possibility that the Plaintiff's claims could be viewed as causes of action premised on *Bivens*. Before the undersigned may respond on behalf of the individuals named in the Complaint, requests for representation by them must be approved by the appropriate officials at the Department of Justice. To date, the representation requests have not been received by the department.

4. While a portion of the Defendant's answer or other response has been prepared, the undersigned was out of the office on matters of a personal nature on Monday, July 24, 2006, and was thus unable to follow up on these requests. Furthermore, the undersigned will be out of the office the afternoon of July 25 - July 28 on another matter of office business.

5. In the absence of these requests, an answer or other response cannot be filed on behalf of the named individual defendants. The interest of judicial economy and the utilization of government resources would best be served by allowing the undersigned to answer or otherwise respond on behalf of all defendants at one time.

6. The undersigned attempted to contact the Plaintiff to determine his position on this request but was unable to reach him.

7. Wherefore, premises considered, Defendant respectfully requests a 10-day extension of time, to and including Tuesday, August 8, 2006, in which to prepare and file and answer or other response.

Dated this the 25th day of July, 2006.

        LEURA G. CANARY
        United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail:** rand.neeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Stephen Everett Lee, pro se
3409-A Roberts Street
Tuskegee, AL 36083

        s/R. Randolph Neeley
        Assistant United States Attorney