IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN EVERETT LEE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO.  2:06cv368-MHT |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the court is the July 25, 2006, motion for extension of time (doc. # 15) filed by the defendant. Upon consideration of the motion and for good cause, it is

ORDERED that the motion for extension of time (doc. # 15) be and is hereby GRANTED and the defendant's time for filing a responsive pleading be and is hereby EXTENDED from July 25, 2006, until August 8, 2006.

The parties are advised that, absent extraordinary circumstances, no further extensions of time will be permitted.

Done this 28th day of July, 2006.

                                 /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE