IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEPHEN EVERETT LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: **3:06-cv-0368-MHT-CSC** |
| | ) |
| JOYCE MOORE, | ) |
| | ) |
| Defendant. | ) |

**THIRD MOTION FOR EXTENSION OF TIME**

Comes now the individual defendant, Joyce Moore, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for a 20-day extension of time within which to file an answer or other response in the above-styled case. In support of this motion, the defendant shows unto the Court the following:

1. The defendant and three other employees of the Department of Veterans Affairs and the United States have been named as defendants in the above-styled cause. The current deadline for a responsive pleading from all parties is August 8, 2006.

2. The individual defendants have all sought representation from the Department of Justice (DOJ) in this matter due to their belief that the acts or omissions underlying the plaintiff's claims were within the scope of, and related to their employment. Ms. Moore's request is unresolved pending receipt of any additional information that can be provided by the Department of Veterans Affairs.

3. In the interests of justice, it is respectfully requested that Ms. Moore be given an additional 20 days in which to respond to the complaint. This will allow her sufficient time to seek the services of private counsel should she so choose.

Respectfully submitted this 8th day of August, 2006.

                            LEURA G. CANARY
                            United States Attorney

By:   s/R. Randolph Neeley
       R. RANDOLPH NEELEY
       Assistant United States Attorney
       Bar Number: 9083-E56R
       Post Office Box 197
       Montgomery, AL  36101-0197
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

        Stephen Everett Lee, pro se
        3409-A Roberts Street
        Tuskegee, AL 36083

                            s/R. Randolph Neeley
                            Assistant United States Attorney