IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN EVERETT LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv368-MHT |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the August 8, 2006, motion for an extension of time (doc. # 19) filed by defendant Joyce Moore. Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED and the time for defendant Moore to file a responsive pleading be and is hereby EXTENDED from August 8, 2006 until August 28, 2006. The defendant is advised that no further extensions of time shall be granted.

Done this 11th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE