# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

**1. Submit To Appropriate Federal Agency:**
Dept. of Veteran Affairs
Regional Counsel
1500 E. Woodrow Wilson Blvd.
Jackson, MS 39216

**2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)**
Stephen Everett Lee
3409-A Roberts Street
Tuskegee, AL 36083-3074

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY ☒ CIVILIAN
**4. DATE OF BIRTH:** 2-11-61
**5. MARITAL STATUS:** Single
**6. DATE AND DAY OF ACCIDENT:** April 23, 2004
**7. TIME (A.M. or P.M.):** -NA-

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

On April 23, 2004 CAVHCS-Tuskegee, AL sent a letter banning me from it's facility for 2 yrs. without cause. CAVHCS never responded to my letter of appeal dated May 2, 2004 (see attachments #1 & 2). My letter of appeal clearly stated that I had never been violent towards employees & veterans at the CAVHCS facility. I requested that CAVHCS be more specific by naming the employees and veterans that I have been physically violent towards. Nevertheless, CAVHCS never responded to my appeal. CAVHCS also has accused me of assaulting a veteran in the past wrongfully and I proved this in federal court. CAVHCS continued their medical neglect by ignoring the letter sent by my attorney dated June 23, 2004 requesting that CAVHCS stop denying me medical treatment, therapy, medication act.

**9. PROPERTY DAMAGE** (see attachment #3)

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Medical neglect, malicious prosecution and violation psycho-social economical patients rights. By denying me medical treatment CAVHCS excacerbated my bipolar condition to the extent where I became physically violent towards tenants of community - The police were called on several occasions (see attachment #4) Joyce Moore and CAVHCS have tried to prosecute me twice for assault and charges were dismissed. Since my condition was exacerbated while in CAVHCS care I request that I awarded 100% service connected disability.

**11. WITNESSES**

The lack of prescribed medication was a direct cause for me getting evicted from my residence of 3 yrs. 4 months after being banned by CAVHCS. I was evicted for non payment of rent because I relapsed on drugs after being clean since 1996!!!

NAME: Service Connected Disability
ADDRESS: (See notice of claim of affidavit) Attachments #5, 6, 7, 8, 9

**12. AMOUNT OF CLAIM (In dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | 100% Service Connected Disability $3000/mo | | $2,110,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT:** /s/ Stephen E. Lee
**13b. Phone number of signatory:** (334) 727-1806
**14. DATE OF CLAIM:** 4-17-06

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

95-109
Previous editions not usable.
Designed using Perform Pro, WHS/DIOR, Jun 98

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

[ 322 COPY ]