

**Department of Veterans Affairs**
Regional Counsel
1500 E. Woodrow Wilson Blvd,
Jackson, MS 39216

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

March 17, 2003

☐ Area Office
Regional Counsel (02)
345 Perry Hill Road
Montgomery, AL 36109

In reply refer to: 322/02

Stephen Everett Lee
205 Lakeview Road #605B
Tuskegee, AL 36083

Subject:   Final Agency Decision - Administrative Tort Claim

Dear Mr. Lee:

This is the final agency decision on your Administrative Tort Claim dated January 20, 2003, which was received in the Montgomery Area Office on March 4, 2003. Your claim asks $103 thousand for property damage and personal injury arising out of your alleged wrongful arrest for assault by VA police at Central Alabama Veterans Health Care System, East Campus (Tuskegee), on September 22, 2000. You were acquitted of the charge on April 17, 2001.

The incident complained of is your arrest at East Campus on September 22, 2000. The date of your claim is January 20, 2003. Title 28, U.S.C. §2401(b), the statute of limitations for the Federal Tort Claims Act, bars a tort claim against the United States, including a claim for false arrest against an investigative or law enforcement officer, unless it is presented in writing to the appropriate Federal agency within *two years after it accrues*. The United States Supreme Court has held that a claim accrues under §2401(b) when the claimant knows both the existence and the cause of the injury. United States v. Kubrick, 444 U.S. 111, 100 S. Ct. 352, 62 L. Ed. 2d 259 (1979). You were aware both of the arrest itself and of the grounds therefor because you executed a Voluntary Witness Statement of three pages at the time of your arrest. Therefore, your claim is untimely and must be denied.

Although your claim is being denied because it is untimely, it should be noted that reasonable grounds existed for your arrest on September 22, 2000. In your Voluntary Witness Statement, you admitted a dispute with the victim, William McKee, over a loan of $60 you had made to him. You admitted a meeting between you and Mr. McKee at East Campus on September 14, 2000, a week before the assault that led to your arrest on September 22, in the office of supervisor James Bell. You admitted becoming upset during the meeting. You

