OMB Approved No. 2900-0075
Respondent Burden: 15 minutes

# VA Department of Veterans Affairs — STATEMENT IN SUPPORT OF CLAIM

**PRIVACY ACT INFORMATION:** The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

**RESPONDENT BURDEN:** VA may not conduct or sponsor, and respondent is not required to respond to, this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-1000 for mailing information on where to send your comments.

**FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN** (Type or print): Stephen E Lee
**SOCIAL SECURITY NO.**:
**VA FILE NO.**: 21 482 1758
C/CSS -

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

I filed a 1151 claim a few weeks ago. Unfortunately, I cannot find my copy.

Please send me a copy of my claim that I mailed in to the Regional Office.

Request Mailed 8-11-06
xDnly

**Note:** I specifically Asked for A information pertaining to 1151 claim submitted April 2006. The information I Recived Is not what I Requested.

I need copies of All documents submitted on April 17th 2006 for 1151 claim!!!

CEST ED 510
5.15.06 dd

RECEIVED 06 MAY -8 A 9:59

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

**SIGNATURE**: Steph L. L.
**DATE SIGNED**: May 8, 2006
**ADDRESS**: 3409-A Roberts Street, Tuskegee, AL 36083
**TELEPHONE NUMBERS** (Include Area Code)
**DAYTIME**: (334) 727-1806
**EVENING**:

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

VA FORM JUN 2000   21-4138   EXISTING STOCKS OF VA FORM 21-4138, APR 1994, WILL BE USED   ☆U.S.GPO: 2003 521-791/99667

(CONTINUE ON REVERSE)