MAY 2, 2004                          RE: 619A-4/116
                                     LEE, STEPHEN 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

MR. LES WIGGINS Acting Director
Central Alabama Veterans HCS
2400 Hospital Road
Tuskegee, AL 36083

DEAR MR. WIGGINS,
In response to the letter dated April 23, 2004 I respectfully request that an investigation be conducted before the VA HCS jumps to conclusions.
First of all, I have never been violent towards any veteran on the VA HCS premises. If you are referring to the September 2000 incident — which proved that I absolutely had nothing to do with that particular incident. This why I have a civil suit pending against Tuskegee VA HCS for wrongful arrest. — See Attachment —
Since filing this civil suit against the Veterans HCS I have had death threats made by Officer Billy Mason a named defendant in the civil suit that's pending.
Nevertheless, I've been involved romantically with VA HCS employee Joyce Moore for over 4 years. My relationship with her has caused me tremendous greif because due to the fact that Ms Joyce Moore was romantically involved with Billy Mason while dealing me this

322 COPY