man has done everything within his power to irretate me. Referring back to the September 2000 incident where I was wrongfully charged with attempted murder — Billy Mason was assigned to investigate the case. However, he did not do so — due to his relationship with Joyce Moore he had a hidden agenda — he wanted me to be found guilty of the charge. this is why it is pertinant that the VAHCS conducts a complete and thorough investigation regarding this most recent altercation involving myself and Ms Joyce Moore. You will find that Ms. Moore on this particular day handed me her cell phone so her niece Tabatha could threaten my life. I told her niece that her death threats just got her aunt's ass kicked — Ms Moore immediately kicked me in the groin and a fight insued. towards the end of this altercation Ms moore yelled at the top of her lungs, "You're a dead motherfucker!" when the VA Police were called I showed them the foot print located on the groin area along with scratches made by Ms. Moore. I admit I may have went overboard as a result of Ms moore kicking me but I am easily provocked and she knew this. Ms. Moore and I over the past five years have had a very volatile relationship.

322 COPY