Do you think think it is parcular that the VA Police did not arrest me for alledgedly attacking Ms Moore? To keep her relationship with me hush, hush from the VA HCS Ms. Moore took out city charges against me so her job would not be jeoprodized. If the VA wants to ban me then ~~presented~~ prosecute me federally for the alledged attack on Ms Joyce Moore. I'm sick and tired of CAVHCS making hasty decisions when it pertains to me. ~~Basically~~ It is situations such as this one that has caused me to bring a civil action against the VAHCS because the VAHCS arrested me back in September 2000 based on an allegation and failed to investigate the matter. Also, if you study both employees Joyce Moore and Billy Mason's personnel files you will find that Joyce Moore has filed several grievances against Billy Mason for harrassment. This transpired during the time I was involved with Joyce Moore.

What ever happend to Veterans Rights and Veterans First, slogans used quite frequently there at CAVHCS. It would only be fair to me if a formal investigation was conducted

322 COPY