by CAVHCS regarding this allegation of an attack on Ms Moore. Facts will show that she struck me first, she threatened my life knowing that in the past 4 months previous to the altercation I had several death threats — so during the time of the altercation I was under a lot of stress.

Furthermore, are there not guidlines that state that Federal employees should not be Romantically involved with veterans/patients. Why haven't these guidlines come into play with regards to Ms Moore being an employee dating a patient?

In essence I am appealing the decision to ban me from CAVHCS. I respectfully request that a formal hearing be held regarding this matter so I can be given the right to defend myself. — Also, Ms Moore has taken a domestic violence charge on me in Opelika, AL on Feb. 2002 these charges were dismissed because she lied then just as she is lying now!

Also, it would be deeply appreciated if you interview on this matter and have the pending Domestic Violence case removed from the Tuskegee Municipal Court to Federal Court where I can be assigned a Federal investigator. The Tuskegee Municipal Court lacks jurisdictional authority to hear this

322 COPY