(pg #5)

CASE because this alteration
transpired on VA Federal property
therefore, this case should be heard
in Federal Court. Why should I the
Veteran be the only one repremanded
when there is a Federal employee
that broke rules too. PLEASE do not
help keep this matter Hush, Hush
from CAVHCS prosecute me Federally
I'm willing to suffer the consequences
if I'm at fault.

                Your Assistance
                would be deeply
                Appreciated
                Sincerely,
                Stephen L

P.S. PLEASE stop using the September
2000 incident against me because I was
found not guilty by a federal jury the
only other incidents are this one
and another involving me and
my then girlfriend employee Joyce
Moore — Could you be more specific
with Regards to the statement made in
your letter " I have been physically violent
towards other Veterans and employees."
PLEASE NAME these Veterans and other
employees.

**322 COPY**