# Progress Note

Printed On Aug 10, 2006

```
HIM ON THE UNIT IN PREP. FOR DISCHARGE AND HE BEGAN TO SHOW IT TO DIFFERENT
WARDMATES AND HAVE THEM SELECT THEIR PREFERENCE AND THEN STEP AWAY FROM THE
NURSES STATION AS IF HIDING THE ENSUING TRANSACTION.  STATED WE HAD NO
BUSINESS WATCHING HIM.
A- VETERAN CONTINUES TO EXHIBIT HOSTILE THREATENING BEHAVIOR
P- ALLOW SECURITY TO ESCORT VETERAN OFF STATION, INFORM PHARMACY TO MAIL
MEDICATIONS.

/es/ GERTYWYL MOORE
NURSE MANAGER
Signed: 12/10/2002 14:17

Receipt Acknowledged By:
12/10/2002 15:13         /es/ ROBIN B VAN BOMMEL
                              MSSW,LCSW,Social Worker
12/10/2002 14:50         /es/ JUAN CARMONA
                              MH&BS Medical Director
12/10/2002 14:38         /es/ SURYA R MUDRAGADA
                              STAFF PSYCHIATRIST
12/10/2002 15:20         /es/ JUDY M BOZEMAN
                              REGISTERED NURSE
12/10/2002 14:55         /es/ CROWELL A. LISENBY
                              RN,C:MSN


        TITLE: PSYCHIATRY - INPATIENT MH
DATE OF NOTE: DEC 10, 2002@13:20      ENTRY DATE: DEC 10, 2002@13:20:44
      AUTHOR: MUDRAGADA,SURYARAO      EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

PT'S MEDIATION COMITTEE MET TO DICUSS THE CASE OF MR.LEE AS HE WAS INVOLVED
IN AN ALTERCATION WITH AN EMPLOYEE OF THIS HOSPITAL.THE COMMITTEE AGREED TO
DISCHARGE MR.LEE ON ADMINISTRATIVE  GROUNDS.PT IS FREE OF
PSYCHOSIS,COMPETENT,NOT A THREAT TO HIMSELF OR OTHERS.PT IS DISCHARGED
EFFECTIVE TODAY.

/es/ SURYA R MUDRAGADA
STAFF PSYCHIATRIST
Signed: 12/10/2002 13:24


        TITLE: NURSING MH INPATIENT
DATE OF NOTE: DEC 10, 2002@09:30      ENTRY DATE: DEC 10, 2002@09:30:38
      AUTHOR: MOORE,GERTYWYL          EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

O- DR. MENYHURT NOTIFIED OF ALTERCATION OF 12/9, TO CONVENE A PATIENT
COMPLIANCE COMM. REVIEW AND MAKE RECOMMENDATIONS FOR DISPOSITION. TO MEET
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LEE, STEPHEN
205 LAKEVIEW RD
APARTMENT #605-B
TUSKEGEE, ALABAMA   36083
214821758

VISTA Electronic Medical Documentation

Printed at TUSKEGEE VAMC