**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 19, 2006

## NOTICE OF DEFICIENCY

To:   Stephen Everett Lee
From:   Clerk's Office

Case Style: Lee v. United States of America et al

Case Number:  3:06-cv-00368-MHT

Referenced Pleadings: Brief in Objection, Motion for Extend Time - Doc. 23

**The above referenced pleading was filed on today in accordance with amended Federal Rules of Civil Procedure 5(a).**

**The referenced pleadings did not contain a certificate of service page stating that you have mailed the opposing counsel the same document filed in our court . Please send documents showing a certificate of service pages with original signatures on the pleading and certificate of service pages.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional means the above documents.**

**PLEASE DO NOT E-FILE THESE DOCUMENTS.**