IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN EVERETT LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO.  2:06cv368-MHT |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the October 18, 2006, motion for an extension of time to file a response (doc. # 23) filed by the plaintiff. The plaintiff filed his response on September 18, 2006. Accordingly, upon consideration of the motion for an extension of time and for good cause, it is

ORDERED that the motion for an extension of time (doc. # 23) be and is hereby DENIED as moot.

Done this 16th day of October, 2006.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE