JUL-03-2003

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

**1. Submit To Appropriate Federal Agency:**

**2. Name, Address of claimant and claimant's personal representative, if any.** (See instructions on reverse.) (Number, street, city, State and Zip Code)

STEPHEN EVERETT LEE (334) 727-7666
205 LAKEVIEW Rd #605B        or
TUSKEGEE, AL 36083            727-3

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 2-11-61 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 9-22-00 | 7. TIME (A.M. OR P.M.) 8:30 A.M |

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

CAVHCS TUSKEGEE, AL WRONGFULLY ARRESTED ME FOR ASSAULT ON September 22, 2000. I WAS INCARCERATED for 10 months and given a $250,000 bond which I could not afford. Therefore, I had to "SEE ATTACHED" remain incarcerated for 10 months to await a jury trial of which I was granted a judgement of Acquittal on April 17, 2001 (Copy included) CASE # 00-150-E

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

STEPHEN EVERETT LEE 205 LAKEVIEW Rd #605B TUSKEGEE AL 36083

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

As a result of the break in of my Apartment the following items were stolen: 1-27" TV, 1 Panasonic VCR, 1 Dirt Devil vacuum cleaner, 1 iron (clothing) shoes 5 pair, clothing - 1 Leather Coat (black) 4 pair of slacks and 3 shirts. -Location Tuskegee Police Report 5/01

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. 3 mental breakdowns since incident resulting in hospitalizations at CAVHCS Tuskegee, AL mental health ward. During the incarceration I was assaulted numerous times. My grandmother died at the age of 130. Also, during this period my apartment was broken into due to my long absence (see Police Report located at Tuskegee Police Dept.)

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Ms. Joyce Moore (Transportation) Bldg #18 | Both Employees of CAVHCS |
| Mr. George Montgomery (Barber) Bldg #90 | 2400 Hospital Rd - Tuskegee, AL |

**12.** (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $3,000 | $100,000 | | $103,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) /s/ Stephen E. Lee | 13b. Phone number of signatory (334) 727-7666 | 14. DATE OF CLAIM 1-20-03 |

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM
The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

CRIMINAL PENALTY FOR PRESENTING CLAIM OR MAKING FALSE STATEMENTS
Fine of not more than $10,000 or imprisonment or both. (See 18 U.S.C. 287, 1001.)

DEFENDANT'S EXHIBIT 5

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2