AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

STEPHEN E. LEE

10737-002

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 00-150-E

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted and any bond exonerated.

_Signature of Judicial Officer_
MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

April 17, 2001
Date

44