IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEPHEN EVERETT LEE,        ) | |
|     Plaintiff,        ) | |
|                      ) | CIVIL ACTION NO. |
|    v.        ) | 2:06cv368-MHT |
|                      ) | (WO) |
| UNITED STATES OF AMERICA,  ) | |
| et al.,        ) | |
|     Defendants.        ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) Plaintiff's objections (Doc. No. 28) are overruled.

    (2) The United States Magistrate Judge's recommendation (Doc. No. 27) is adopted.

    (3) Defendants' motions to dismiss (Doc. Nos. 17, 18 & 21) are granted.

    **(4) Plaintiff's motion to amend (Doc. No. 28) is denied.**

    **(5) This lawsuit is dismissed.**

    **It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.**

    **The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

    **DONE, this the 20th day of February, 2007.**


                                           **/s/ Myron H. Thompson**
                                      **UNITED STATES DISTRICT JUDGE**